No. 79–6361. COLLOM v. UNITED STATES. C. A. 9th Cir. Certiorari denied.